UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION


ROBERT BLAKE STAGGS                )
                                   )
v.                                 )  No.  1:10-0041
                                   )  Judge Echols
                                   )
WAYNE COUNTY, TENNESSEE,           )
ET AL.                             )


                      **O R D E R**

        Pursuant to 28 U.S.C. § 294(b), the undersigned is unable to

undertake this matter, and the same is returned to the Clerk for

reassignment.

        It is so ORDERED.


                              _____
                              ROBERT L. ECHOLS
                              UNITED STATES DISTRICT JUDGE