IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT BLAKE STAGGS, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:10-cv-00041 |
| | ) |
| WAYNE COUNTY, et al. | ) Judge Hayes/ |
| | ) Magistrate Judge Bryant |
| Defendants. | ) JURY DEMAND |

## MOTION FOR PERMISSION TO MANUALLY FILE DVD

Come now the Defendants, Wayne County, Tennessee, Sheriff Ric Wilson, in his official capacity as sheriff, and Deputy Bart Bryant, in his official capacity and individual capacity, by and through undersigned counsel, and move this Court for leave to manually file a DVD copy of the in-dash video and audio taken from the patrol car of Deputy Bart Bryant of the May 15, 2009 arrest episode that is the basis for the above styled cause of action.

Defendants submit that review of this evidence is important to the Court's consideration of Defendants' Motion for Summary Judgment. For these reasons, Defendants respectfully request that this Honorable Court grant them leave to manually file the DVD.

FB109980 /