IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT BLAKE STAGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1 10 0041 |
| ) | |
| WAYNE COUNTY, CITY OF WAYNESBORO, ) | JURY DEMAND |
| SHERIFF RIC WILSON, in his official ) | |
| capacity as Sheriff as Wayne County, ) | |
| DEPUTY BART BRYANT, and ) | |
| OFFICER ANDY THOMPSON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It appearing to the Court that Plaintiff in his Complaint has alleged state law claims of assault and battery (Count II) and malicious prosecution (Count IV), it is hereby

ORDERED that this Court declines to exercise supplemental jurisdiction over Plaintiff's pled state law claims and that same are hereby dismissed without prejudice.

IT IS SO ORDERED.

HON. WILLIAM J. HAYNES